429 A.2d 740

Commonwealth v. Short, Sr., Appellant.

Submitted April 16, 1980. Donald L. Short, Sr., appellant, in propria persona; John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.